UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW TIMOTHY ALEXANDER,

               Petitioner,

     v.

WARDEN,

               Respondent.

Case No. 16-cv-02685-JST (PR)

**ORDER OF DISMISSAL**

In a notice dated May 18, 2016, the Clerk of the Court directed Petitioner to complete an in forma pauperis (IFP) application, or pay the filing fee of $5.00, within 28 days, or face dismissal of the action. More than 28 days have passed and Petitioner has not filed a complete IFP application or paid the filing fee.

The Court notes that Petitioner is housed at Coalinga State Hospital. There is insufficient information in the record to determine the reason for Petitioner's custody at Coalinga for the Court to determine whether he is exempt from the Prison Litigation Reform Act as a non-prisoner. However, regardless whether a petitioner is a prisoner or a non-prisoner, the court needs accurate information about his financial wherewithal to decide whether pauper status is appropriate.

Accordingly, the action is DISMISSED without prejudice. Any motion to reopen the action must contain a complete IFP application or full payment of the $5.00 filing fee.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 5, 2016

                            JON S. TIGAR
                        United States District Judge

United States District Court
Northern District of California